IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRIDGET GOODEN-HAMILTON, | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:17-CV-01550-TCB-JSA |
| ALBERTELLI LAW, LLC, DITECH FINANCIAL, LLC, and ALL OTHERS | ) | |
| Defendants. | ) | |

**DEFENDANT DITECH FINANCIAL, LLC'S**
**<u>MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT</u>**

COMES NOW Defendant Ditech Financial LLC ("Ditech"), through counsel, and hereby moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this Motion, Ditech relies upon its Memorandum in Support of Its Motion to Dismiss and all pleadings of record.

[SIGNATURE ON FOLLOWING PAGE]

This 21st day of November 2017.

*/s/ Marlee Waxelbaum*_____
Marlee Waxelbaum
Georgia Bar No. 155779
Monika V. Scott
Georgia Bar No. 558009

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile: 404-885-3900
E-mail: marlee.waxelbaum@troutman.com
E-mail: monika.scott@troutman.com
*Counsel for Defendant Ditech Financial LLC*

## CERTIFICATE OF SERVICE

I certify that I have on this day filed and served the within and foregoing ***Ditech Financial LLC's Motion to Dismiss*** by using the Court's ECF system and via first-class mail, postage prepaid, addressed as follows:

Bridget Gooden-Hamilton
6170 Lamp Post Place
College Park, GA 30349

Albertelli Law, LLC
100 Galleria Parkway, Suite 960
Atlanta, GA 30339

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

This 21st day of November 2017.

*/s/ Marlee Waxelbaum*
Marlee Waxelbaum
Georgia Bar No. 155779