# Exhibit B

21465
0083

LASM2
LOAN # [redacted]
POOL/COMMT.#
PREPARED BY: JOANNA CAMBLIN
[redacted]

RETURN TO:
BANK UNITED OF TEXAS FSB
P.O. BOX 2327
HOUSTON, TEXAS 77252-9831
ATTN: INVESTOR CERTIFICATION

CROSS REFERENCE

# ASSIGNMENT OF MORTGAGE

Know all Men by these Presents, that, BANK UNITED OF TEXAS FSB, 3200 SOUTHWEST FREEWAY, #2000, HOUSTON, TEXAS 77027 , a corporation organized and existing under the laws of THE UNITED STATES referred to as ASSIGNOR, for and in consideration of the sum of ONE DOLLAR and OTHER VALUABLE CONSIDERATION lawful money of the United States of America, and other good and valuable consideration, to it in hand paid by

CHEMICAL RESIDENTIAL MORTGAGE CORPORATION 343 THORNALL STREET, EDISON, NJ 08837

hereinafter referred to as ASSIGNEE, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, assigned, transferred and set over, and by these presents does grant, bargain, sell, assign, transfer and set over unto the said ASSIGNEE and its successors and assigns all that certain INDENTURE OF MORTGAGE bearing date of JANUARY 03, 1996 made and executed by MELVIN GOODEN AND BRIDGETTE GOODEN

hereinafter referred to as MORTGAGOR, to said BANK UNITED OF TEXAS FSB , to secure the sum of $ ***97,410.00 covering premises situate 4585 SPRING VALLEY PARKWAY, COLLEGE PARK, GEORGIA 30349

and recorded on 1-12-96 in the Official Records of FULTON County, GEORGIA in BOOK 20478 of Mortgages, PAGE 321 , DOCUMENT # .

Doc#000096951 Rec#000043566
GEORGIA, FULTON COUNTY
Filed and Recorded
04/23/1996 08:30AM
JUANITA HICKS
Clerk, Superior Ct

-1069173 (9410).01

Page 1 of 2
ELECTRONIC LASER FORMS, INC. * (800) 327-0545

BK 21465 PG 83

21465
0084

**Together** with hereditaments, and premises in and by said indenture of mortgage particularly described and granted, or mentioned and intended so to be, with the appurtenances, and the bond or obligation in said indenture of mortgage mentioned and thereby intended to be secured and all incidental or supplemental documents, or instruments, if any, secured or intended to be secured thereby, and all monies due and to grow due thereon, and all its estate, right, title, interest, property, claim and demand in and to the same.

**To have and to hold** the same unto the said ASSIGNEE and its successors and assigns, to its proper use, benefit and behoof forever, subject, nevertheless, to the equity of redemption of said MORTGAGOR in said indenture of mortgage named, and the heirs, executors, administrators, successors and assigns of said MORTGAGOR therein.

**In Witness Whereof,** the said ASSIGNOR has caused its corporate seal to be hereto affixed and these presents to be duly executed by its proper offices.

CORP. SEAL

BANK UNITED OF TEXAS FSB

By: [signature]
REBECCA LUEDECKE ASST VICE PRESIDENT Date

By: [signature]
CHRISTINE SINGLETERRY ASSISTANT SECRETARY Date

STATE OF TEXAS )
) SS
COUNTY OF HARRIS )

**Be It Remembered That On This** 25TH day of JANUARY, 1996 before me, the undersigned authority, personally appeared REBECCA LUEDECKE who is the ASST VICE PRESIDENT and CHRISTINE SINGLETERRY who is the ASSISTANT SECRETARY of BANK UNITED OF TEXAS FSB

who is personally known to me and I am satisfied both are the persons who signed the within instrument, and (s)he acknowledged that (s)he signed, sealed with the corporate seal and delivered the same as such officer aforesaid, and that the within instrument is the voluntary act and deed of such corporation, made by virtue of a Resolution of its Board of Directors.

[signature]
Notary Public

REGINA R. PRICE
Notary Public, State of Texas
My Commission Expires
JULY 29, 1997

-1068173 (04/10)01

Deed Book 55846 Pg 259
Filed and Recorded Feb-11-2016 04:16pm
2016-0109010
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

**After recording return to:**
**PEIRSONPATTERSON, LLP**
**ATTN: RECORDING DEPT.**
**13750 OMEGA ROAD**
**DALLAS, TX 75244-4505**

*[Space Above This Line For Recording Data]*

**Loan No.:** [redacted]

# GEORGIA
# CORRECTIVE ASSIGNMENT OF SECURITY DEED

**This Corrective Assignment is made to correct that certain Assignment recorded on August 23, 1996 in book 21465 and page 83 in the Office of the Fulton County Clerk of the Superior Court wherein, by error or mistake, the second witness line was omitted. This Corrective Assignment is intended to confirm the Assignment in all other respects and shall relate back to the effective date of the Assignment.**

For Value Received, **JPMorgan Chase Bank, National Association, as Attorney In fact for the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank F/K/A Washington Mutual Bank, FA successor by merger to Bank United f/k/a Bank United of Texas f/k/a Bank United of Texas, FSB**, the undersigned holder of a Security Deed (herein "Assignor") has this day transferred, sold, assigned, conveyed and set over to **Chemical Residential Mortgage Corporation**, (herein "Assignee"), whose address is **700 KANSAS LANE, MC 8000, MONROE, LA 71203**, as Assignee, its successors, representative and assigns, all its rights, title and interest in and to a certain Security Deed (or Deed to Secure Debt) executed by **MELVIN GOODEN AND BRIDGETTE GOODEN** to **BANK UNITED OF TEXAS FSB**, dated **January 3, 1996** and recorded on **January 12, 1996**.

Property Address: **4585 SPRING VALLEY PARKWAY, COLLEGE PARK, GA 30349**

such Security Deed having been given to secure payment of **Ninety Seven Thousand Four Hundred Ten and 00/100ths ($97,410.00)** which Security Deed is of record in Book, Volume or Liber No. **20478**, at Page **321** (or as No. **N/A**) in the Office of the Superior County Clerk for **FULTON** County, State of Georgia, and all rights accrued or to accrue under such Security Deed.

Deed Book 55846 Pg 260
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

This Assignment is intended to further memorialize the transfer that occurred by operation of law on September 25, 2008 as authorized by Section 11(d)(2)(G)(i)(II) of the Federal Deposit Insurance Act, 12 U.S.C. §1821(d)(2)(G)(i)(II).

IN WITNESS WHEREOF, the undersigned Assignor has hereunto set its hand and seal this 23 day of December 2015.

SIGNED, SEALED AND DELIVERED IN THE PRESENCE OF:

Charlotte Swift
Unofficial Witness

Assignor:
**JPMorgan Chase Bank, National Association, as Attorney In fact for the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank F/K/A Washington Mutual Bank, FA successor by merger to Bank United f/k/a Bank United of Texas f/k/a Bank United of Texas, FSB**

Charlotte Swift
(Printed Name)

Kimberly Tatum
Unofficial Witness

Kimberly Tatum
(Printed Name)

By: Latonya Odom
Latonya Odom

Its: Vice President

W. I. Kinser
Notary Public WANDA INEZ KINSER
My Commission Expires: Life

**Ouachita**
County

**Louisiana**
State

JPMorgan Chase Bank, National Association CORPORATE JPMorganChase SEAL

WANDA INEZ KINSER NOTARY 16541 PUBLIC LIFETIME COMMISSION STATE OF LOUISIANA



[redacted]

* 0 0 0 [redacted] *