# Exhibit C

Deed Book 37631 Pg 224
Filed and Recorded May-13-2004 09:03am
2004-0157544
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia

**State of Georgia**
**County of Fulton**
When recorded mail to:
Contemporary Realty Solutions Inc
626 N French Rd Suite 4
Amherst, NY 14228
Loan CMC#[redacted]
VA#[redacted]
Prepared by: Carrie Bateman
Contemporary Realty Solutions Inc.
626 N French Rd Amherst, NY 14228

# Assignment of Security Deed

**For Good and Valuable Consideration, the sufficiency of which is hereby acknowledged, the undersigned, Chase Manhattan Mortgage Corporation, a company** having a place of business at 3415 Vision Drive, Columbus Ohio 43219 (Assignor) by these presents does convey, grant, bargain, sell, assign, transfer and set over the described Security Deed together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon to:

**The Secretary of Veterans Affairs fka Administrator of Veterans Affairs, an officer of the United States of America** with an address of 1700 Clairmont Rd. Decatur, GA 30031-7023 (Assignee)
Said Security Deed is:

**Mortgagor: Melvin Gooden and Bridgette Gooden**
**Mortgagee: Bank United of Texas FSB**
**Date 01/03/1996 for $97,410.00**
**Recorded 01/12/1996 in instrument#** [redacted] **book 20478 at page 321**
**County of Fulton State of Georgia**
**Property Address: 4585 Spring Valley Parkway, College Park, Georgia 30349**

**As fully described in Security Deed**

**IN WITNESS WHEREOF**, the said company has caused these presents to be executed in its name by its proper officer thereunto duly authorized on April 14, 2004.

**Chase Manhattan Mortgage Corporation**

Bobbie Hull
Witness Bobbie Hull

By: James J. Girardi, Vice President

Jane Weber
Witness Jane Weber

By: Pamela Parks Asst. Vice President

Wayne J. Hilton
Wayne J. Hilton
Notary Public, New York State
Qualified in Niagara County
Expires 12/29/2007

WAYNE J. HILTON NOTARY PUBLIC STATE OF NEW YORK

Deed Book 37631 Pg 225
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia

LEGAL DESCRIPTION:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 33 OF THE 13TH DISTRICT OF FULTON COUNTY, GEORGIA AND BEING LOT 46, BLOCK C, UNIT I, SPRING VALLEY, AS PER PLAT RECORDED IN PLAT BOOK 80 PAGE 78, FULTON COUNTY RECORDS TO WHICH REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCIRPTION OF SAID PROPERTY.

Deed Book 37631 Pg 224
Filed and Recorded May-13-2004 09:03am
2004-0157544
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia

Deed Book 37949 Pg 360
Filed and Recorded Jul-02-2004 09:12am
2004-0204863
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia

**State of Georgia**
**County of Fulton**
When recorded mail to:
Contemporary Realty Solutions Inc

MCCALLA, RAYMER, PADRICK,
COBB, NICHOLS & CLARK, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

020 N French Rd Amherst, NY 14228

CROSS REFERENCE IN DEED BOOK 37631,
PAGE 224, FULTON COUNTY, GEORGIA RECORDS

CORRECTIVE

# Assignment of Security Deed

**For Good and Valuable Consideration, the sufficiency of which is hereby acknowledged, the undersigned, Chase Manhattan Mortgage Corporation,* a company** having a place of business at 3415 Vision Drive, Columbus Ohio 43219 (Assignor) by these presents does convey, grant, bargain, sell, assign, transfer and set over the described Security Deed together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon to:

*f/k/a Chemical Residential Mortgage Corporation

**The Secretary of Veterans Affairs fka Administrator of Veterans Affairs, an officer of the United States of America** with an address of 1700 Clairmont Rd. Decatur, GA 30031-7023 (Assignee)

Said Security Deed is:

**Mortgagor: Melvin Gooden and Bridgette Gooden**
**Mortgagee: Bank United of Texas FSB**
**Date 01/03/1996 for $97,410.00**
**Recorded 01/12/1996 in instrument# [redacted] book 20478 at page 321**
**County of Fulton State of Georgia**
**Property Address: 4585 Spring Valley Parkway, College Park, Georgia 30349**

**As fully described in Security Deed**

**IN WITNESS WHEREOF**, the said company has caused these presents to be executed in its name by its proper officer thereunto duly authorized on April 14, 2004.

**Chase Manhattan Mortgage Corporation**
f/k/a Chemical Residential Mortgage Corporation

Witness Bobbie Hull

By: James J. Girardi, Vice President

Witness Jane Weber

By: Pamela Parks Asst. Vice President

Wayne J. Hilton
Notary Public, New York State
Qualified in Niagara County
Expires 12/29/2007

WAYNE J. HILTON NOTARY PUBLIC STATE OF NEW YORK

This instrument is being recorded to reflect the correct entity of the Assignor, which was incorrect in the previous recording.

Deed Book 37631 Pg 225
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia

LEGAL DESCRIPTION:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 33 OF THE 13TH DISTRICT OF FULTON COUNTY, GEORGIA AND BEING LOT 46, BLOCK C, UNIT I, SPRING VALLEY, AS PER PLAT RECORDED IN PLAT BOOK 80 PAGE 78, FULTON COUNTY RECORDS TO WHICH REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCIRPTION OF SAID PROPERTY.

Deed Book 37949 Pg 361
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia