# Exhibit E

X

ditech®
a Walter company

PO Box 6172
Rapid City, SD 57709-6172

Ditech Financial LLC
Phone 1-800-643-0202
Fax 1-866-870-9919
ditech.com

+ 0647428 000000479 096TR2 0056526 WW (P2) (P3)

June 15, 2016

BRIDGETTE GOODEN
[redacted]

*KC06K0*

**Residential Credit Solutions, Inc. Account Number:** [redacted]
**Ditech Financial LLC* ("Ditech") New Account Number:** [redacted]

Dear Bridgette Gooden:

**Welcome to Ditech.** The servicing of your mortgage loan – that is, the right to collect loan payments from you - is being transferred from Residential Credit Solutions, Inc.. to Ditech effective **June 1, 2016**. The servicing transfer does not affect any terms or condition of your current mortgage loan, other than the terms directly related to the servicing of your loan. You can mail your payments directly to Ditech at the following address: Ditech Financial LLC, PO Box 7169, Pasadena, CA 91109-7169.

Ditech will begin posting payments to your account on or about June 9, 2016. If your payment was received by Ditech or Residential Credit Solutions, Inc., prior to the posting date, we will apply your payment as of the day that it was received and no late fee will be assessed to your account*.

You should be receiving your first statement from Ditech by mail the week of June 20, 2016. If you have any questions about the transfer of your mortgage loan servicing to Ditech, we encourage you to visit:

**www.ditech.com/welcome**

There you can register to securely access your account online, make a payment, establish a recurring electronic mortgage loan payment and obtain answers to frequently asked questions.

We are pleased to have you as a new customer. Included with this mailing is more detailed information about this transfer and our services. If you need information regarding your account you can:

1) Visit our website at ditech.com
2) Call us toll-free at 1-800-643-0202
3) Mail your inquiry to: Ditech Customer Service Dept, PO Box 6172, Rapid City, SD 57709 -6172.

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

* Please note: If you are currently participating in an automated payment plan with Residential Credit Solutions, Inc., your transaction was cancelled as part of the transfer of servicing to Ditech effective June 1, 2016. If you wish to set up automatic payments with Ditech, please create or log into your account at ditech.com and access the Auto Payment link. After the transfer of servicing date you will be able to self-enroll in this free program.

**NOTICE OF SERVICING TRANSFER**

The servicing of your mortgage loan is being transferred, effective June 1, 2016. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Residential Credit Solutions, Inc. is now collecting your payments. Residential Credit Solutions, Inc. will stop accepting payments received from you after May 31, 2016.

Ditech Financial LLC ("Ditech") will collect your payments going forward. Your new servicer will start accepting payments received from you on June 1, 2016.

**Send all payments due on or after June 1, 2016 to Ditech at this address:**

**Ditech Financial LLC**
**PO Box 7169**
**Pasadena, CA 91109-7169**

If you have any questions for either your present servicer, Residential Credit Solutions, Inc., or your new servicer, Ditech, about your mortgage loan or this transfer, please contact them using the information below:

Current Servicer:
Residential Credit Solutions, Inc.
Customer Service
1-800-359-5953
PO Box 163229
Fort Worth, TX 76161-3229

New Servicer:
Ditech
Customer Service
1-800-643-0202
PO Box 6172
Rapid City, SD 57709-6172

*4C06C2*

Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way:

The transfer of servicing will affect the terms of or the continued availability of any mortgage life or disability insurance or other types of optional insurance products.

You should do the following to maintain coverage:

You will need to contact the company providing the product directly for continued coverage or enrollment.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Ditech_____________ June 15, 2016_____________
New Servicer Date

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.

Ditech has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: PO Box 6176, Rapid City, SD 57709-6176

**Fair and Accurate Credit Transactions Act Notice - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

RCS

Residential Credit Solutions, Inc.
P.O. Box 163229, Fort Worth, Texas 76161-3229

Notice Date: 05/12/16

BRIDGETTE GOODEN
[redacted]

## NOTICE OF SERVICING TRANSFER

Re: Loan Number: [redacted]
Property Address: [redacted]

Dear Valued Homeowner(s):

The servicing of your mortgage loan is being transferred, effective 6/1/2016. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. The assignment, sale or transfer of the servicing of your mortgage loan does not affect any term or condition of the mortgage instruments, other than the terms directly related to the servicing of your loan.

Residential Credit Solutions, Inc. is currently collecting your payments. Residential Credit Solutions, Inc. will stop accepting payments received from you after 5/31/2016.

Ditech Financial LLC will collect your payments going forward. Your new servicer will start accepting payments received from you on 6/1/2016.

**Send all payments due on or after 6/1/2016 to:**

Ditech Financial LLC
P.O. Box 7169
Pasadena, CA 91109-7169

If you have any questions for your present servicer, Residential Credit Solutions, Inc., or your new servicer, Ditech Financial LLC about your mortgage loan or this transfer, please contact them using the information below:

Current Servicer:
Residential Credit Solutions, Inc.
Customer Service
800-359-5953
P.O. BOX 163229
Fort Worth, TX 76161-3229

New Servicer:
Ditech Financial LLC
Customer Service
(800) 643-0202
P.O. Box 6172
Rapid City, SD 57709-6172
Mon to Fri: 7:00 am to 8:00 pm CST/Sat: 7:00 am to 1:00 pm CST

**Important Note about Recurring Automatic Bank Draft Payments:**
If you have any future dated recurring automatic bank draft payments scheduled to occur on or after the 6/1/2016 transfer effective date, please be advised Residential Credit Solutions, Inc. will cancel the scheduled payment three (3) business days before the transfer effective date. If you use a third party bill pay provider for your payments, please make arrangements to notify them of your new servicer's information. If you are interested in establishing automatic payments with Ditech Financial LLC, please contact them after the transfer effective date.

In January 2017, Residential Credit Solutions, Inc. will send you a statement for income tax purposes reflecting the total amount of mortgage interest you paid during the months in which your loan was serviced by Residential Credit Solutions, Inc. Ditech Financial LLC is required to send you a statement for income tax purposes in January 2017, reflecting the total amount of mortgage interest you paid during the months in which they serviced your loan.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

If you have questions and need to speak with someone at Residential Credit Solutions, Inc., please contact us toll-free at 800-359-5953. Our Customer Service Department is available Monday - Friday from 8:00 am and 5:00 pm, Central Time. If you wish to submit a notice of error or request for information in accordance with the Real Estate Settlement Procedures Act and Regulation X, you must mail it to our Customer Relations Department at P.O. BOX 163889 Fort Worth, TX 76161-3889 or submit it via fax at 844-576-2041. Please include the name of the borrower(s), the loan number, current contact information, and a clear description of the error that you believe occurred on the loan and/or the specific information that you are seeking.

| Residential Credit Solutions, Inc. | 05/12/16 |
|---|---|
| Current Servicer | Date |

**NOTICE: If you currently are under the protection of the automatic stay under the United States Bankruptcy Code or if you have received a discharge from personal liability under the United States Bankruptcy Code, this letter is for informational purposes only and is not an attempt to collect, recover, or offset the debt and should not be considered to be a demand for payment or a notice of personal liability. Please consult an attorney if you have any questions about your rights under bankruptcy law.**

**Residential Credit Solutions, Inc. is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.**