# Exhibit G

Deed Book 49189 Pg 279
Filed and Recorded Jul-15-2010 11:53am
2010-0283342
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

**STATE OF GEORGIA**

**COUNTY OF FULTON**

**Re: GRANTEE:**
**Bridgette Gooden**
**4585 Spring Valley Parkway**
**College Park, GA 30349**

**The indebtedness referred to in that certain Security Deed attached hereto and of record in Book 42174, Page 154, in the Office of the Superior Court of Fulton County, Georgia, having been satisfied in full, and the undersigned being the present record holder and owner of such deed, the clerk of such Superior Court is authorized and directed to cancel this deed of record this July 12, 2010.**

**FULTON COUNTY GRANTOR:**

**By:** ______________________
**Troy D. White**
**Director, Housing and Community Development**

Name: Karen R. Sturdivant

Title: Notary Public
**Notary**

Witness: ______________________

FULTON COUNTY

**FULTON COUNTY OFFICE OF HOUSING REHABILITATION PROGRAM**

SATISFIED
JUN 15 2010
CATHELENE ROBINSON, C.S.C.
D.C.S.C. Fulton Co., Ga.

**Security Deed**

**STATE OF GEORGIA, COUNTY OF FULTON**

Deed Book 49189 Pg 280
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

This Security Deed (hereinafter referred to as the "Deed") made on or as of the **25th** day of **January 2005**, between **Bridgette Gooden** (hereinafter called, and if more than one party, jointly and severally called "Grantor"), residing at **4585 Spring Valley Parkway, College Park, GA. 30349** in the County of Fulton and the State of Georgia, and FULTON COUNTY GOVERNMENT, a political subdivision in the State of Georgia (hereinafter called "Grantee"), whose address is: 115 Martin Luther King Jr., Dr., suite 275, Atlanta, GA 30303.

**WITNESSETH:**

Grantor, for and in consideration of the loan evidenced by the promissory note hereinafter referred to and for other valuable considerations, has granted, bargained, sold and conveyed and by these presents does grant, bargain, sell and convey unto Grantee the following described property:

**ALL** those tracts or parcels of land with the buildings and improvements thereon situated, lying and being in Land Lot_________of______ District,____ Section of Fulton County, Georgia, as more particularly bounded and described in Exhibit "A" attached hereto.

**TOGETHER** with all right, title and interest of the Grantor in and to all streets, roads and public places, opened or proposed, in front of and adjoining the said premises, and all easements and rights of way, public or private, now or hereafter used in connection with said premises;

**TOGETHER** with all buildings, structures and other improvements now or hereafter located on the above described real property, or any part of parcel thereof;

**TOGETHER** with all and singular the tenements, hereditament, easements and appurtenances thereunto belonging or in any wise appertaining;

**TOGETHER** with all machinery, apparatus, equipment, fittings and fixtures now or hereafter erected or placed in or upon said real property or any improvements thereon now or hereafter attached to or used in connection with said real property and all replacements thereof whether or not the same have or would become part of said real property by attachment thereto;

**TOGETHER** with all awards heretofore and hereafter made by reason of the taking by eminent domain of the whole or any part of said premises or of any right appurtenant thereto, including any awards or payments for use and occupation and for change of grade of streets, which awards are hereby assigned to the Grantee and the Grantor will execute and deliver to the Grantee on demand such assignments and other instruments as the Grantee may require for such purposes and will reimburse the Grantee for its costs (including reasonable attorneys' fees) in the collection of such awards.

Deed Book 42174 Pg 154
Filed and Recorded Mar-21-2006 01:13pm
2006-0084302
Georgia Intangible Tax Paid $0.00
Juanita Hicks
Clerk of Superior Court
Fulton County, Georgia