# Exhibit H

Deed Book 53404 Pg 70
Filed and Recorded Dec-10-2013 12:15pm
2013-0301612
Real Estate Transfer Tax $0.00
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

PREPARED BY:
NCSA
P.O.Box 1202
Red Oak, GA 30272

WHEN RECORDED RETURN TO:
NCSA
P.O.Box 1202
Red Oak, GA 30272

ABOVE SPACE PROVIDED FOR RECORDERS USE

## QUIT CLAIM DEED

*On November 1, 2013 THE GRANTOR (S),*

- Bridget Gooden Hamilton, a married person, for and in consideration of: $10.00 conveys, releases and quit claims to the GRANTEE (S):
- Payne's Diversified Housing, Inc, Angeline L. Payne, Registered Agent,residing at 3527 Glenview Circle, Atlanta, GA 30331 the following described real estate, situated in College Park, in the County of Fulton, State of Georgia:
- (legal description): ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 46 OF THE 13TH DISTRICT, FULTON COUNTY, GEORGIA, BEING KNOWN AS 4585 SPRING VALLEY PARKWAY, COLLEGE PARK, GA 30349, PARCEL NUMBER 13 003300010151 MADE A PART HEREOF.

Grantor does hereby grants, bargain and sell all of Grantor's rights, title, and interest in and to the above described property and premises to the Grantee(s), and to the Grantee(s) heirs and have, claim or demand any right or title to the property, premises, or appurtenances, or any part thereof.

**IN WITNESS OF:**

Ricardo Dillard
Witness

Ricardo Dillard
[redacted]

Davez Barber
Witness

Davez Barber
[redacted]

**Grantor Signature(s):**

DATED: Nov 1, 2013

Bridget G Hamilton
Bridget Gooden Hamilton
[redacted]

Rovonne Lawson
NOTARY PUBLIC
Henry County, GEORGIA
My Commission Expires September 20, 2017

Nm:PAYNE([redacted]), Rq:27,1

Deed Book 53404 Pg 71
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

Asgn 21465-083 Exhibit A

01 | 03 | 96

96-22973

RETURN TO
SHUPING & MORSE
4379 Riverdale Road
Riverdale, GA 30274

RETURN TO: LORI LOUIS
BANK UNITED OF TEXAS FSB
DBA COMMONWEALTH UNITED MTG
8601 DUNWOODY PLACE, STE 112
ATLANTA, GEORGIA 30350

GEORGIA, FULTON COUNTY
FILED AND RECORDED
96 JAN 12 AM 8:30
JUANITA HICKS
CLERK, SUPERIOR COURT

After Recordation Return to: LORI LOUIS

LVDGA
[redacted]

[Space Above This Line For Recording Data]

# SECURITY DEED

## NOTICE: THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

THIS SECURITY DEED ("Security Instrument") is given on JANUARY 03, 1996 . The grantor is MELVIN GOODEN AND BRIDGETTE GOODEN

("Borrower"). This Security Instrument is given to BANK UNITED OF TEXAS FSB

which is organized and existing under the laws of THE UNITED STATES , and whose address is 3200 SOUTHWEST FREEWAY, #2000, HOUSTON, TEXAS 77027 ("Lender"). Borrower owes Lender the principal sum of NINETY SEVEN THOUSAND FOUR HUNDRED TEN AND 00/100

Dollars (U.S. $ ***97,410.00 ). This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on FEBRUARY 01, 2026 . This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby grant and convey to Lender and Lender's successors and assigns, with power of sale, the following described property located in FULTON County, Georgia:

All that tract or parcel of land lying and being in Land Lot 33 of the 13th District of Fulton County, Georgia and being Lot 46, Block C, Unit I, Spring Valley, as per plat recorded in plat book 60 page 78, Fulton County records to which reference is hereby made for a more particular description of said property.

THIS IS A PURCHASE MONEY SECURITY DEED.

which has the address of 4585 SPRING VALLEY PARKWAY, COLLEGE PARK [Street, City], Georgia 30349 [Zip Code] ("Property Address");

GEORGIA - Single Family - FNMA/FHLMC UNIFORM INSTRUMENT Form 3011 9/90
Amended 5/91

Page 1 of 8

Initials: MG

BG

BOOK 20478 PG 321