# Exhibit I

Residential Credit Solutions
PO Box 9044
Temecula, CA 92589-9044

7196 9006 9296 9889 5571

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Residential Credit Solutions
PO Box 78954
Phoenix, AZ 85062-8954

20131014-164

BRIDGETTE GOODEN
[redacted]

Send Correspondence to:
Residential Credit Solutions
PO Box 163229
Fort Worth, TX 76161-3229

NOIGNCM01

RCS

10/14/2013

Sent Via Certified Mail
7196 9006 9296 9889 5571

BRIDGETTE GOODEN
[redacted]

Loan Number: [redacted]
Property Address: [redacted]

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear BRIDGETTE GOODEN:

This letter is formal notice by Residential Credit Solutions, Inc. (herein as "RCS") that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

The loan is due for 06/01/2010 and subsequent payments, plus late charges, fees and costs. As of today, the total delinquency and reinstatement amount is $39,020.39, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 06/01/2010 |
| Total Monthly Payments Due: | | | $36,764.57 |
| June 2010 To November 2012 | at | $903.81 | |
| December 2012 | at | $903.79 | |
| January 2013 To April 2013 | at | $880.30 | |
| | at | $870.88 | |
| Late Charges: | | | $0.00 |
| Other Charges: | Uncollected NSF Fees: | | $0.00 |
| | Other Fees: | | $2,523.74 |
| | Corporate Advance Balance: | | $0.00 |
| | Unapplied Balance: | | ($267.92) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | | **$39,020.39** |

**It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that RCS paid on your behalf or advanced to your account.**

This letter is a formal demand to pay $39,020.39. If the default, together with additional payments that subsequently become due, is not cured by 11/18/2013, RCS may take steps to accelerate the sums secured by the Security Instrument, including foreclosure or other action to seize the property as allowed by law. If foreclosure proceedings are undertaken, it's possible that a deficiency judgment might be pursued.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, RCS offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives. If you would like to learn more about these programs, you may contact the Loss Mitigation Department (800) 737-1192, Monday through Thursday 7 a.m. to 11 p.m., Friday 7 a.m. to 9 p.m., and Saturday 8 a.m. to 2 p.m. CST. WE

ARE VERY INTERESTED IN ASSISTING YOU.

The default above can be cured by payment of the total delinquency and reinstatement amount plus any additional payments and fees that become due by 11/18/2013. Note that in addition to the regular monthly payments, additional charges, costs and fees may become due during the period between today's date and the date the aforementioned payments are due. You may contact our Collection Department at (800) 737-1192 to obtain updated payment information.

Please include your loan number and property address with your payment and send to:

Residential Credit Solutions, Inc.
PO Box 78954
Phoenix, AZ 85062-8954

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling (800) 737-1192.

You have the right to reinstate the loan after acceleration, and to bring a court action to assert the non-existence of a default or any other defense to acceleration or foreclosure sale. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

**Attention Servicemembers and dependents**: The Federal Servicemembers' Civil Relief Act ("SCRA") and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last nine (9) months, **AND** joined after signing the Note and Security Instrument now in default, please notify RCS immediately. When contacting RCS as to your military service, you must provide positive proof as to your military status. If you do not provide this information, it will be assumed that you are not entitled to protection under the above-mentioned Act.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call (800) 569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673).

This matter is very important. Please give it your immediate attention.

Sincerely,

Residential Credit Solutions, Inc.
P.O. Box 163229
Fort Worth, TX 76161-3229
(800) 737-1192



7196 9006 9296 9889 5571

FEDERAL LAW REQUIRES US TO ADVISE YOU THAT RESIDENTIAL CREDIT SOLUTIONS, INC. IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT AN INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.



7196 9006 9296 9889 5571