# Exhibit J

A | LAW

100 Galleria Parkway, Suite 960, Atlanta, GA 30339
Phone: 770.373.4242 I Fax: 770.373.4260 I **alaw.net**

September 29, 2016

C/O Melvin Gooden and Bridgette Gooden
[redacted]

**VIA CERTIFIED MAIL**
**RETURN RECEIPT NO.**
**9414 7266 9904 2081 4780 70**

Re: NOTICE OF FORECLOSURE SALE
Note and Deed to Secure Debt held by: Secretary of Veterans Affairs of Washington, DC
Originally made by MELVIN GODDEN to BANK UNITED OF TEXAS, FSB
Original Principal Balance: $97,410.00
Secured by Debt to Secure Deed dated January 3, 1996
Deed Book 20478, Page 321
Fulton County, Georgia
Property Address: [redacted]
Our File Number: [redacted]

Dear MELVIN GODDEN:

This law firm has been retained to start foreclosure proceedings against the referenced property immediately. Enclosed is a copy of the Notice of Sale submitted to the publisher of the legal newspaper of the county where the property is located. The foreclosure sale will be conducted on November 1, 2016, during the legal hours of sale (between 10:00 am and 4:00 pm) at the Fulton County Courthouse.

As a result of your default under the terms of the Security Deed, you are hereby notified the entire amount of the outstanding principal balance, interest, and other authorized charges of the loan, has been declared, and is now, immediately due and payable in full. The Note executed in connection with the loan allows for the addition of attorney's fees to the debt in the event of collection by or through an attorney-at-law. Pursuant to Official Code of Georgia, § 13-1-11 (GCA § 20-506), you are hereby afforded ten (10) days from your receipt of this letter to pay in full the debt owed without having to pay reasonable attorney fees. After this ten (10) day period, all attorneys' fees allowed under applicable Georgia law may be added to the debt.

In the event the above referenced default is not cured and the property is sold at foreclosure to a party other than the creditor/holder, there could be money from the sale for distribution to the lien holders in the property and/or the former owner of record. To determine whether our firm is in possession of any money for distribution to lien holders and/or the former owner of record, please call (770) 373-4242, or email gaforeclosure@albertellilaw.com no earlier than 35 days after the foreclosure sale date.

Secretary of Veterans Affairs of Washington, DC is the holder of the Security Deed to the above-referenced property. The entity who has full authority to negotiate, amend, or modify the terms of the loan is Ditech Financial LLC.

To discuss possible alternatives to foreclosure, or if you desire to attempt to bring your loan current, please call Ditech Financial LLC at 800-643-0202.

Should you need additional information about this foreclosure, you may call (770) 373-4242. Under certain circumstances and conditions, the lender may be able to allow you to reinstate the loan and stop the foreclosure. Should you desire to reinstate the loan, please contact this office. We will assist you in determining whether reinstatement is allowed, and if allowed, the amount of money which must be paid. All payments made through our office must be in the form of certified funds.

In the event you have received a discharge in bankruptcy, that discharge may have extinguished any personal liability you may have had for this loan. In such event, any action take would be limited to the foreclosure on the above referenced property and would not be an attempt to collect this debt personally. If you are involved in an active bankruptcy case and no relief from the automatic stay has been obtained by your lender, please email your bankruptcy information immediately to gaforeclosure@albertellilaw.com.

BE GOVERNED ACCORDINGLY.

Sincerely,

Albertelli Law

- [redacted]

**STATE OF GEORGIA**
**COUNTY OF FULTON**

**NOTICE OF SALE UNDER POWER**

Under and by virtue of the power of sale contained with that certain Security Deed dated January 3, 1996, from MELVIN GODDEN and BRIDGETTE GOODEN to BANK UNITED OF TEXAS, FSB, recorded on January 12, 1996 in Deed Book 20478 at Page 321, Fulton County, Georgia Records, having been last sold, assigned, transferred and conveyed to Secretary of Veterans Affairs of Washington, DC by Assignment and said Security Deed having been given to secure a note dated January 3, 1996, in the amount of $97,410.00, said note being in default, the undersigned will sell at public outcry during the legal hours of sale before the door of the courthouse of Fulton County, Georgia, on November 1, 2016, the following described real property (hereinafter referred to as the "Property"):

**ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 33 OF THE 13TH DISTRICT OF FULTON COUNTY, GEORGIA AND BEING LOT 46, BLOCK C, UNIT I, SPRING VALLEY, AS PER PLAT RECORDED IN PLAT BOOK 80, PAGE 78, FULTON COUNTY RECORDS TO WHICH REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF SAID PROPERTY.**

The debt secured by the Security Deed and evidenced by the Note and has been, and is hereby, declared due and payable because of, among other possible events of default, failure to make the payments as required by the terms of the Note. The debt remaining is in default and this sale will be made for the purposes of paying the Security Deed, accrued interest, and all expenses of the sale, including attorneys' fees. Notice of intention to collect attorneys' fees has been given as provided by law. To the best of the undersigned's knowledge, the person(s) in possession of the property is/are MELVIN GODDEN and BRIDGETTE GOODEN.

The property, being commonly known as [redacted] in Fulton County, will be sold as the property of MELVIN GODDEN and BRIDGETTE GOODEN, subject to any outstanding ad valorem taxes (including taxes which are a lien and not yet due and payable), any matters affecting title to the property which would be disclosed by accurate survey and inspection thereof, and all assessments, liens, encumbrances, restrictions, covenants, and matters of record to the Security Deed.

Pursuant to O.C.G.A.§ 44-14-162.2, the name, address and telephone number of the individual or entity who shall have the full authority to negotiate, amend or modify all terms of the above described mortgage is as follows: DITECH FINANCIAL LLC, 345 St. Peter Street, St. Paul, Minnesota 55101-1211, 800-643-0202. The foregoing notwithstanding, nothing in O.C.G.A. § 44-14-162.2 shall require the secured creditor to negotiate, amend or modify the terms of the mortgage instrument.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under U.S. Bankruptcy code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed.

Albertelli Law
Attorney for Secretary of Veterans Affairs of Washington, DC as Attorney in Fact for MELVIN GODDEN and BRIDGETTE GOODEN
100 Galleria Parkway, Suite 960
Atlanta, GA 30339
Phone: (770) 373-4242

By: ______________________________
James E. Albertelli, Esq.
For the Firm

THIS FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

JEA - [redacted]