# Exhibit K

Southern Regional
Medical Center

[Health Information Management]
11 Upper Riverdale Rd., SW
Riverdale, GA 30274
Phone: [770-991-5147]
Fax: [770-991-8477]

# Fax

| | |
|---|---|
| **To:** DiTech | **From:** Bridget Gooden |
| **Fax:** | **Pages:** 3 |
| **Phone:** | **Date:** 10/13/16 |
| **Re:** | **CC:** |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

- **Comments:**

CONFIDENTIALITY NOTICE:

The information contained in this facsimile message may be legally privileged and confidential, including protected health information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, then you are hereby notified that any dissemination, distribution or copying of this facsimile is **strictly prohibited.**

If you had problems receiving or reading this facsimile, please contact the sender named above. If you have received this facsimile in error, please contact the sender or our HIPAA Privacy Officer @ 770-991-8341 to arrange for return or destruction of these documents.

[redacted]

September 19, 2016

RE: NOTICE OF VALIDATION OF ALLEGED DEBT
Your file No.: [redacted]
Loan No: [redacted]
Borrower Name: Bridgette Gooden
Property Address: [redacted]

Dear Sirs,

This letter dated September 19, 2016 is to notify you, your firm and the mortgage servicing company claiming ownership of this alleged loan and note, that I am exercising my rights under the "Fair Debt Collections Practices Act" as codified at 15 USC § 1692, which stipulates that a debt collector must, if requested, provide validation of the alleged debt, i.e. validate the debt, per "The Fair Debt Collections Practices Act", "FDCPA". The debt collector (Foreclosure Attorney, Bank, Alleged Lender) is mandated under "FDCPA" to cease and desist ALL collection activity until validation of the **original note** and the true name, not a fabricated name like the mortgage servicers have provided in the past.

This letter requests VALIDATION of the alleged debt accompanied by an **Affidavit** from the Alleged Lender with a wet signature, no copied or blank signatures.

Please provide the following:

1. Copy of the original alleged note accompanied by an AFFIDAVIT from the alleged Lender
2. Identify what the alleged debt pertains to along with chain of title.
3. Provide details how the alleged debt was calculated including dates from 2005 forward. (Field v. Wilber Law Firm, Donald L. Wilber and Kenneth Wilber, USCA-02-C-0072, 7th Circuit Court, September 2004.
4. Provide Regulation Z, and Notice of Right to Cancel (Truth in Lending Act), the signed copies received after closing.
5. Provide copies of any papers that show that I agreed to pay the alleged debt.
6. Identify the original creditor with wet signature
7. Provide the agreement between the creditor and your firm which authorizes you to collect funds (without a contract, your firm has no right to foreclose).
8. Provide evidence that the Statute of Limitations has not expired on this account. (the last recorded payment on this account was recorded in 2005 per the letter of Satisfaction.)
9. Provide evidence that you are licensed to collect in my state.
10. Provide your license numbers and the Alleged Lender's Registered Agents.

This loan has been bounced around from servicer to servicer after the banks and mortgage servicers were fined for illegal practice or wrong doing. This loan was securitized and the owner of the loan can no longer be found, without the owner/creditor there is no one to pay and the

[redacted]

mortgage servicer would only be collecting for themselves, (ill-gotten gains), because without an owner who is there to pay? This loan has been satisfied, it is recorded in county records, unlike any of the ownership transfers that has been referenced by Bank of America or RCS and now Ditech. RCS was summoned to come to court last year three times and no one showed up, and now that I see that they have been fined 1.8 million dollars for illegal practices I see why! This letter is being sent to Senator Warren and additional information showing her how these mortgage servicers are playing borrower ping pong with zombie and satisfied mortgages, requesting that she opens up an investigation into the collection of ill-gotten gains.

You are requested to provide the above information within five (5) business days from the postmark date to:

Bridgette Gooden, [redacted] and the current owner of the Property, Payne's Diversified Housing Inc., [redacted]

Sincerely,

Bridgette Gooden-Hamilton
[redacted]