# Exhibit L

Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172

+ 0678254 000020328 09GC27 - 0927392
BRIDGETTE GOODEN
[redacted]

*K00340*

0678254 000020328 09GC27 1 of 2

x

ditech®
a Walter company

Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172
Tel: 1-800-643-0202
Fax: 1-866-870-9919
Ditech.com

October 16, 2016

BRIDGETTE GOODEN
[redacted]

RE: Your recent inquiry
Ditech Financial LLC ("Ditech")
Account Number: [redacted]

Dear BRIDGETTE GOODEN:

We wanted to let you know we received your question about your Ditech account on 10/13/2016. We're looking into the matter and will get back to you as soon as we have all the information. You can expect to receive the written response within thirty (30) days from the date we received your correspondence.

If you have any further questions, please don't hesitate to contact one of our Customer Service representatives at 1-800-643-0202, Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST.

Sincerely,

Ditech Customer Service
Correspondence Department
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST

*4003K2*

0678254 000020328 09CC27 2 of 2



X