# Exhibit M

x

Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172

+ 0684987 000000156 09GTPP 00926429
BRIDGETT E GOODEN
[redacted]

*K005S0*

LTR079

[redacted]

ditech
a Walter company

November 10, 2016

Ditech Financial LLC
PO Box 6172
Rapid City, SD 57709-6172
Phone: 1-800-643-0202
Fax: 1-866-870-9919
Ditech.com

BRIDGETTE GOODEN
[redacted]

RE: Ditech Financial LLC ("Ditech")
Account Number: [redacted]

Dear BRIDGETTE GOODEN:

Ditech is in the process of reviewing your written request on the above-referenced account. Our research has not concluded. The purpose of this letter is to notify you of our ongoing investigation in an effort to provide you with a resolution.

If you have any additional questions, please call us toll-free at 1-800-643-0202, Monday – Friday, 7:00 a.m. – 8:00 p.m. CST, or on Saturday, 7:00 a.m. – 1:00 p.m. CST. We are closed on Sundays.

Respectfully,

Ditech

This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.