# Exhibit N

Ditech Financial LLC
P.O. Box 6172
Rapid City, SD 57709-6172
Phone: (800) 643-0202
Fax: (866) 870-9919
ditech.com

December 15, 2016

BRIDGETTE GOODEN
[redacted]

RE: Ditech Financial LLC ("Ditech")
Account Number: [redacted]

Dear Bridgette Gooden:

This letter is in response to your correspondence received by Ditech regarding the above-referenced account number.

As you know, the servicing of the above-referenced account was transferred from Residential Credit Solutions, Inc. to Ditech Financial LLC ("Ditech") on June 1, 2016. There were no changes to the account terms or conditions due to the transfer. Further, please note that Ditech neither originated, nor owns the account, but merely services it for a third party. For your reference, the account is owned by:

Department of Veteran's Affairs
Citifincial, Inc.
300 St. Paul Place
Baltimore, MD 21202
(877) 988-9642

Please be advised that the owner does not service the mortgage account. All correspondence and inquiries concerning the mortgage account should be addressed to Ditech. Ditech has the authority to act on the owner§s behalf with regard to the administration of the mortgage account, and respond to any questions about the mortgage account. Our licensing information is available on our website, www.ditech.com, by clicking on the "Licensing" option at the bottom of the page.

Please be aware that a copy of the available requested documents are enclosed for reference, i.e., Notice of Servicing Transfer, the Security Deed, the Note, etc. The Chain of Title documents are available from your local county office.

Enclosed, please find a payment history for this account. If you have made payments that are not reflected on the enclosed history, please provide proof of the referenced payments to the address or fax number above for additional research. Proof of a payment includes one or more of the following: legible copies of the front and back of the cashed money order or check, legible unaltered copies of your bank statement for the period the payment was processed, or legible receipts for Western Union, Money Gram, etc.

Either the remaining requests in your correspondence do not pertain to Ditech's servicing business or Ditech considers them proprietary, confidential, burdensome or not germane to the servicing of the account. Therefore, the remaining information has not been provided.

If you have any further questions or concerns, please contact (800) 643-0202, Monday - Friday, 7:00 a.m. to 8:00 p.m. CT, and Saturday 7:00 a.m. to 1:00 p.m. CT.

Sincerely,

Ditech
Customer Service

**This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.**

CKHy1Lx8Pvd